## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY WEBB,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.   26-cv-3406** |
| | : | |
| **CHERYL STEBERGER,** | : | |
| **Respondent.** | : | |

## O R D E R

AND NOW, this 20th day of July, 2026, upon careful and independent consideration of

the petition for a writ of habeas corpus (ECF 1) filed pursuant to 28 U.S.C. § 2254, and after

review of the Report and Recommendation of United States Magistrate Judge Lynne A.

Sitarski (ECF 6), and Petitioner's Objections thereto (ECF 9), **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is

   **DISMISSED WITHOUT PREJUDICE**.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

4. The **CLERK OF COURT** is instructed to **TERMINATE** this

   matter.

**BY THE COURT:**

**S/ WENDY BEETLSTONE**

_____

**WENDY BEETLESTONE,    J.**